**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CK MANUFACTURING, LLC,

    Plaintiff,

v.                                     CASE NO.

DESIGN & MANUFACTURING
HOLDING COMPANY, INC.,

    Defendant.

---

**COMPLAINT FOR PATENT INFRINGEMENT**

---

Plaintiff CK Manufacturing, LLC, for its Complaint against Defendant Design & Manufacturing Holding Company, Inc. ("D & M") alleges on its own knowledge and on information and belief as follows:

**<u>NATURE OF THE CASE</u>**

1.    This action seeks damages and injunctive relief for patent infringement ("Action").

**<u>PARTIES</u>**

2.    Plaintiff CK Manufacturing, LLC, is a limited liability company duly organized and existing under the laws of the State of Colorado, with its principal place of business in Rifle, Colorado.

3.      On information and belief, Defendant D & M is a corporation duly organized and existing under the laws of the State of Florida having a principal place of business and/or headquarters at 207 Kelsey Lane, Suite K, Tampa, FL 33619.

## JURISDICTION AND VENUE

4.      This is an action for patent infringement arising under the patent laws of the United States, including 35 U.S.C. § 271 *et seq*.

5.      This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

6.      This Court has personal jurisdiction over Defendant because Defendant is registered to do and doing business in Florida.

7.      Venue is appropriate in this District pursuant to 28 U.S.C. § 1400(b).

## FACTUAL BACKGROUND

8.      Recognizing a long-felt market need for the same, CK Manufacturing, LLC owner, Gordon P. Chicoine, sought to invent a relatively low-cost ammunition packaging apparatus whose innovative characteristics would enable purchasers of such apparatuses to compete with much larger ammunition packagers. CK Manufacturing, LLC was successful in that effort, obtaining a patent on the invention (the '215 Patent, discussed below). This invention has been instrumental in boosting

2

Plaintiff's sales and success in its market niche, a niche carved out in large part as a result of the '215 Patent.

9.      Plaintiff became aware of Defendant's infringing conduct and moved apace to halt it. Plaintiff first attempted to do so through good-faith, informal entreaties urging Defendant to refrain from offering the infringing product for sale. However, Defendant's continuing, obdurate refusals ultimately impelled CK Manufacturing, LLC to file this Complaint.

10.     CK Manufacturing, LLC has invested significant resources to protect its innovations, including pursuing patent protection.

### THE PATENT-IN-SUIT

11.     CK Manufacturing, LLC is the assignee of all rights, title and interest to U.S. Patent No. US 12,007,215 B2 (the "'215 Patent"), titled, "Configurable Ammunition Packaging Apparatus", issued on June 11, 2024. A copy of the '215 Patent is attached as **Exhibit 1**.

12.     CK Manufacturing, LLC has the sole and exclusive right to prosecute this Action, enforce the '215 Patent against infringers including Defendant, and to collect damages on the '215 Patent for all relevant times.

13.     CK Manufacturing, LLC has complied with any applicable marking requirements under 35 U.S.C. § 287 for the '215 Patent.

14.     The '215 Patent is also referred to as the "Asserted Patent."

3

## DEFENDANT'S INFRINGING CONDUCT

15. On information and belief, Defendant sells configurable ammunition packaging apparatuses (which product Defendant terms, variously, an "ammunition tray loading machine"; a "tray packing machine"; or a "tray loading machine") in the United States.Specifically, Defendant uses, offers to sell and sells within the United States certain infringing configurable ammunition packaging apparatuses (hereinafter, "the Accused Products"). As an example, Defendant is selling its products including infringing configurable ammunition packaging apparatuses on its online store at https://www.dmholding.com/loading- assembly-packing/.

16. Defendant advertises the Accused Products under its own D & M brand name.

## COUNT 1 – INFRINGEMENT OF THE '215 PATENT

17. CK Manufacturing, LLC restates and incorporates by reference the paragraphs above as if stated fully herein.

18. On information and belief, in violation of 35 U.S.C. § 271(a), Defendant has, literally and under the doctrine of equivalents, directly infringed at least claim 1 of the '215 Patent by, among other things, making, using, offering for sale, and/or selling within the United States, the Accused Products as described *supra*, and will continue to do so unless such infringing activities are enjoined by this Court.

19.     Specific claim charts demonstrating Defendant's infringement of the '215 Patent for the Accused Products are attached at **Exhibit 2**.[1]

20.     CK Manufacturing, LLC has suffered, and continues to suffer, damages and irreparable harm as a result of Defendant's past and ongoing infringement.

21.     Unless Defendant's infringement is enjoined, CK Manufacturing, LLC will continue to be damaged and irreparably harmed.

22.     Defendant has had knowledge of the '215 Patent since at least June 2022.

23.     Upon information and belief, Defendant's ongoing infringement of the '215 Patent has been willful and deliberate, making this an exceptional case and entitling CK Manufacturing, LLC to recover enhanced trebled damages and attorneys' fees pursuant to 35 U.S.C. §§ 284, 285.

## DEMAND FOR JURY TRIAL

24.     Pursuant to Fed. R. Civ. P. 38, Plaintiff demands a trial by jury of all issues triable of right to a jury and raised by the pleadings in this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff CK Manufacturing, LLC requests that this Court

---

[1] All attached claim charts are for pleading purposes only and shall neither preclude nor be deemed replacements of CK Manufacturing, LLC's infringement contentions to be served at a later date, as set by the Court in its Scheduling Order.

enter the following orders and judgments:

a. Awarding damages, no less than a reasonable royalty together with interests and costs;

b. Preliminary and permanently enjoining Defendant and its parents, subsidiaries, divisions, officers, directors, agents, dealers, representatives, servants, employees, successors, assigns, and all parties acting in concert or participation with them, from infringing the Asserted Patent;

c. Finding Defendant's infringement of the Asserted Patent to be willful under 35 U.S.C. § 284 and trebling damages, accordingly;

d. Finding this to be an exceptional case and awarding CK Manufacturing, LLC attorney fees under 35 U.S.C. § 285; and

e. Awarding CK Manufacturing, LLC such other and further relief as the Court deems just and proper.

Dated: April 10, 2026

Respectfully Submitted,

By: /s/ *Christopher L. Limpus*
Christopher L. Limpus, Esq.
Michael C. Martensen, Esq.
MARTENSEN IP
30 East Kiowa Street, Suite 101
Colorado Springs, Colorado 80903
Tele: 719-358-2561
chris@martensenip.com
mike@martensenip.com
*Attorneys for Plaintiff CK Manufacturing, LLC*

6

*/s/Kevin Zwetsch*
Kevin D. Zwetsch, Esquire
Florida Bar No. 0962260
kevin.zwetch@BrickBusinessLaw.com
Brick Business Law, P.A.
3413 W. Fletcher Ave.
Tampa, FL 33618
Phone: 813-816-1816
*Attorneys for Plaintiff*